# CARLINSKY, DUNN & PASQUARIELLO, PLLC
## ATTORNEYS AT LAW

410 Graham Avenue, Suite 1
Brooklyn, NY 11211
Tel: (718) 349-2887
Fax: (718) 349-5920
Toll Free: (800) 631-5664

Mitchell J. Carlinsky, Esq.
Michael C. Dunn, Esq.
Antonio Pasquariello, Esq.
brooklyn@cdplawyers.com

532 Broadhollow Road, Suite 129
Melville, NY 11747
Tel: (516) 622-0099
Fax: (516) 622-9280

Staff
Jeanne Brennan
Meghan Schardt-Gensberg
Chanel Vargas

January 24, 2023

Hon. Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   No.: 22-CV-8702
      Samuel Lopez v. 2146-48 Second Avenue DE LLC et al

Honorable Abrams,

It is respectfully requested that the conference scheduled for January 26, 2023 at 2:30 PM be adjourned for 30 days. Ms. Barducci and I are working on a meaningful settlement and we hope to have something in place within that time.

Kindly advise if the adjournment is available.

Respectfully,

Antonio Pasquariello, Esq.

Enc.

Cc:   Maria-Costanza Barducci, Esq.
      5 West 19th Street, 10th Floor
      New York, New York 10011
      Via email: mc@barduccilaw.com

Application granted. The telephonic initial pretrial conference is adjourned to March 3, 2023 at 4:30 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
1/25/2023

Please respond to our Brooklyn Office