# CARLINSKY, DUNN & PASQUARIELLO, PLLC
## ATTORNEYS AT LAW

410 Graham Avenue, Suite 1
Brooklyn, NY 11211
Tel: (718) 349-2887
Fax: (718) 349-5920
Toll Free: (800) 631-5664

Mitchell J. Carlinsky, Esq.
Michael C. Dunn, Esq.
Antonio Pasquariello, Esq.
brooklyn@cdplawyers.com

532 Broadhollow Road, Suite 129
Melville, NY 11747
Tel: (516) 622-0099
Fax: (516) 622-9280

Staff
Jeanne Brennan
Meghan Schardt-Gensberg
Chanel Vargas

March 1, 2023

Hon. Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  No.: 22-CV-8702
      Samuel Lopez v. 2146-48 Second Avenue DE LLC et al

Dear Honorable Ronnie Abrams,

  Ms. Barducci and I have reached a settlement in principle and require 45 days to finalize and file a stipulation. It is respectfully requested that the initial conference scheduled for March 3, 2023 at 4:30 PM be adjourned to April 17, 2023 or the next date convenient to the court.

  Kindly advise if the adjournment is available.

          Respectfully,

          Antonio Pasquariello, Esq.

Agreed to March 1, 2023

Maria-Costanza Barducci, Esq.
Attorney for Plaintiff
Email: mc@barduccilaw.com

Application granted.  The initial pretrial conference is hereby adjourned to April 21, 2023 at 11:00 a.m.; Dial-In Number: (888) 363-4749; Access Code: 1015508#.  No later than one week in advance of the conference, the parties shall file a joint status letter and proposed case management plan, as described by this Court's prior order in this action.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
03/02/1993